B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 10–49914**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Elizabeth A Gorman
   10834 Carolyn Court
   Orland Park, IL 60467

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6624

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


FOR THE COURT

Dated: <u>June 2, 2011</u>                     <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Elizabeth A Gorman
    Debtor

Case No. 10-49914-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: choward        Page 1 of 2        Date Rcvd: Jun 02, 2011
                            Form ID: b18        Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2011.

```
db          +Elizabeth A Gorman,   10834 Carolyn Court,   Orland Park, IL 60467-4556
aty         +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
              Chicago, IL 60604-3536
16392464    +American Auto Guardian, Inc.,   c/o Wildman Harold,   225 West Wacker Drive, Suite 3000,
              Chicago, IL 60606-3007
16392467    +Bruce R. Grubb, Esq.,   Varnum LLP,   251 N. Rose Street, 4th Floor,   Kalamazoo, MI 49007-3860
16392469    +Caxambas Tower Condo Assoc., Inc.,   c/o Alfred F. Gal, Esq.,   Samouce Murrell & Gal, P.A.,
              5405 Park Central Court,   Naples, FL 34109-5934
16392470    +DiamlerChrysler Fin.Srvcs America LLC,   c/o Glen T. Keysor, Esq.,   Thompson Coburn LLP,
              55 East Monroe Street, 37th Floor,   Chicago, IL 60603-6029
16392501    +Edward Vrdolyak,   11455 Avenue J,   Chicago, IL 60617-7464
16392471     Emerge Mastercard,   P.O. Box 105555,   Atlanta, GA 30348-5555
16392473    +First Horizon,   P.O. Box 1545,   Memphis, TN 38101-1545
16392474    +First Suburban Bank,   150 South 5th Avenue,   Maywood, IL 60153-1308
16561565     First Tennessee Bank National Association,   c/o Joshua R. Holden,   P.O. Box 2428,
              Knoxville. TN 37901-2428
16392475    +Founders Bank,   c/o Stephen J. Dine, Esq.,   3055 West 111th Street, # 2N,
              Chicago, IL 60655-2243
16392476    +Guarantee Trust Life Insurance Company,   c/o Condon & Cook,   745 North Dearborn St.,
              Chicago, IL 60654-4886
16392477    +Guaranty Bank,   P.O. Box 8239,   Van Nuys, CA 91409-8239
16392480     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
16392481     J & J Auto Rebuilders, Inc.,   4515 West 137th Street,   Midlothian, IL 60445
16392503    +John Yedinak,   530 N. Lake Shore Drive, #2201,   Chicago, IL 60611-7434
16392482    +Julie A. Ghezzi,   c/o Anthony G. Catullo, Ltd.,   18141 Dixie Highway, Suite 108,
              Homewood, IL 60430-2242
16392483    +Lake Effect Powersports,   67990 W. M-152,   Benton Harbor, MI 49022-9320
16392484    +Lawrence K. Doody,   10834 Carolyn Court,   Orland Park, IL 60467-4556
16392485    +Marion E. Fox, Trustee of Marion,   E. Fox Trust,   122 Moorings Park Drive, G103,
              Naples, FL 34105-2147
16392488    +Mulcahy Pauritsch Salvador & Co., Ltd.,   14300 Ravinia Avenue, Suite 200,
              Orland Park, IL 60462-2578
16392489    +Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067-4177
16392490    +New Age Advertising Inc.,   c/o Hoevel Talbot Assoc.,   225 West Washington Street,
              Chicago, IL 60606-2418
16392491    +Patrick Fitgibbons,   16139 Pine Oak,   Homer Glen, IL 60491-6921
16635559    +Patrick Fitzgibbon,   c/o Bruggeman, Hurst & Associates, P.C.,   20012 Wolf Road,   Suite 200,
              Mokena, Illinois 60448-9954
16392493    +Patriot Commercial Leasing Company,   c/o Susquehanna Commercial Finance, Inc.,
              1566 Medical Drive, Suite 201,   Pottstown, PA 19464-9201
16392494    +Pierce & Associates,   1 North Dearborn Street,   Suite 1300,   Chicago, IL 60602-4373
16392495    +Scott Lowery Law Office, P.C.,   1422 East 71st Street, Suite B,   Tulsa, OK 74136-5060
16941735    +Seaway Bank and Trust Company,   c/o McFadden & Dillon, P.C.,   120 S. LaSalle Street, Suite 1335,
              Chicago, Illinois 60603-3581
16392486    +Sergio Martinucci,   4210 West Irving Park Road,   Chicago, IL 60641-2935
16392496    +Shefsky & Froelich,   111 East Wacker Drive, Suite 2800,   Chicago, IL 60601-4277
16392497    +Spurlock and Spurlock,   12815 South Winnebago Road,   Palos Heights, IL 60463-2051
16392498     The Student Loan Corporation,   c/o Citibank (Nevada), N.A.,   PO Box 6615,
              The Lakes, NV 88901-6615
16834419    +Thompson, Mark,   c/o Richard K Means, Esq,   806 Fair Oaks Ave,   Oak Park IL 60302-1547
16392499    +Timothy J. Somen, Esq.,   McFadden & Dillon, P.C.,   120 South LaSalle Street, #1335,
              Chicago, IL 60603-3581
16392500    +United Computer Capital,   c/o James Dunneback, P.C.,   14535 John Humphrey Drive, Suite 101,
              Orland Park, IL 60462-6212
16392502    +Western Diviersified Capital Funding Cor,   c/o Fuchs & Roselli, Ltd.,
              440 West Randolph Street, #500,   Chicago, IL 60606-1554
16625800    +Yedinak, John,   530 N Lake Shore Drive,   #2201,   Chicago IL 60611-7434
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: QCLSTEEGE.COM Jun 02 2011 22:33:00      Catherine L. Steege, ESQ,   Jenner & Block,
              353 N. Clark Street,   Chicago, IL 60654-5474
16392465    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jun 02 2011 22:45:11      Aurora Loan Services,
              10350 Park Meadows Drive,   Littleton, CO 80124-6800
16392466     EDI: BANKAMER.COM Jun 02 2011 22:33:00      Bank of America,   P.O. Box 15026,
              Wilmington, DE 19850-5026
16392468    +E-mail/Text: cms-bk@cms-collect.com Jun 02 2011 22:45:41      Capital Management Services, Inc.,
              726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
16392472     EDI: BANKAMER.COM Jun 02 2011 22:33:00      FIA Card Services,   P.O. Box 15026,
              Wilmington, DE 19850-5026
16392478    +EDI: HFC.COM Jun 02 2011 22:33:00      HFC Customer Service,   P.O. Box 9068,
              Brandon, FL 33509-9068
16392487     EDI: BANKAMER.COM Jun 02 2011 22:33:00      MBNA America,   P.O. Box 15026,
              Wilmington, DE 19850-5026
                                                                                              TOTAL: 7
```

```
District/off: 0752-1              User: choward              Page 2 of 2              Date Rcvd: Jun 02, 2011
                                  Form ID: b18               Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16392479   ##+Homeshield Pest Control,    1815 Wallace Ave., #302,    Saint Charles, IL 60174-3421
16392492   ##+Patrick J. McGuire, P.C.,   19 South LaSalle Street,    Suite 702,   Chicago, IL 60603-1432
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2011**                     **Signature:**    _/s/ Joseph Speetjens_